**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:   Darlene M. Rogers,                    :        Case No. 26-10129-JCM
                                               :
        Debtor,                               :        Chapter   13
                                               :
_____        :
                                               :
Darlene M. Rogers,                             :
                                               :
        Movant.                               :        Document No.:
                                               :
        v.                                    :
                                               :        Related to Document No.: 5, 9
Credit One Bank, N.A., KML Law Group,          :
Mission Lane Tab Bank, PNC Bank,               :
Portfolio Recovery Associates, LLC,            :        Hearing Date & Time:
                                               :        April 7, 2026 at 2:00 p.m.
                                               :
        Creditors,                            :
   and                                         :
                                               :
Ronda J. Winnecour, Trustee,                   :
                                               :
        Respondents.                          :

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 20, 2026 at Document No. 5 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing and Response Deadline at Document No. 9, Objections were to be filed and served no later than April 3, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 5 be entered by the Court.

Date: <u>April 6, 2026</u>                              /s/ Brian C. Thompson
                                                Brian C. Thompson, Esquire
                                                Attorney for Debtor
                                                PA ID No. 91197

THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com