**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Darlene M. Rogers, | : | Case No. 26-10129-JCM |
| | : | |
| Debtor, | : | Chapter   13 |
| _____ | : | |
| | : | |
| Darlene M. Rogers, | : | |
| | : | |
| Movant. | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: 5 |
| Credit One Bank, N.A., KML Law Group, | : | |
| Mission Lane Tab Bank, PNC Bank, | : | |
| Portfolio Recovery Associates, LLC, | : | Hearing Date & Time: |
| | : | April 15, 2026 at 11:30 a.m. |
| | : | |
| Creditors, | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER OF COURT**

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

Date: April 6, 2026

_____
John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
4/6/26 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 26-10129-JCM

Darlene M. Rogers                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID                      Recipient Name and Address**
db                          + Darlene M. Rogers, 4845 Conrad Road, Erie, PA 16510-3817

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name                              Email Address**

Brian C. Thompson

      on behalf of Debtor Darlene M. Rogers bthompson@ThompsonAttorney.com
bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Matthew Fissel

      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

      cmecf@chapter13trusteewdpa.com

TOTAL: 4