IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                       :       Bankruptcy No. 1:26-bk-10129
    Darlene M. Rogers                                     :
                                                          :       Chapter 13
                                                          :
                                       Debtor             :
                                                          :       Related to Document No.
    Darlene M. Rogers                                     :
                                                          :
Movant                                                       :
                                                          :
                                                          :
                                                          :
                              v.                          :
                                                          :
No Respondent                                                :

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   Brian C. Thompson, Esquire   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

AR Resources, Inc.
PO Box 1056
Blue Bell, PA 19422

CBE Group
Bankruptcy Dept
PO Box 900
Waterloo, IA 50704

Genesis Bankcard Service
PO Box 4499
Beaverton, OR 97076

IC System, Inc.
PO Box 64437
Saint Paul, MN 55164

Erie County Tax Claim Bureau
140 W. 6th Street, Rm 110
Erie, PA 16501-1011

Erie Water Works

**PAWB Local Form 30 (07/13)**

340 West Bayfront Pkwy
Erie, PA 16507

Mill Creek School District
3740 West 26th
Street Erie, PA 16506

| By: | /s/ Brian C. Thompson, Esquire |
|---|---|
| | Signature |
| | Brian C. Thompson, Esquire |
| | Typed Name |
| | 301 Smith Drive, Suite 6 |
| | Suite 200 |
| | Cranberry Township, PA 16066 |
| | Address |
| | (724) 799-8404   Fax:(724) 799-8409 |
| | Phone No. |
| | 91197 PA |
| | List Bar I.D. and State of Admission |