# United States Bankruptcy Court
## Western District of Pennsylvania

In re  Darlene M. Rogers                                              Case No.    1:26-bk-10129
                                                    Debtor(s)         Chapter     13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Darlene M. Rogers , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  April 24, 2026                          Signature  /s/ Darlene M. Rogers
                                                          Darlene M. Rogers
                                                          Debtor

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                          Best Case Bankruptcy