**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: , | : | Bankruptcy No. 26-10129-JCM |
| Darlene M. Rogers, | : | Chapter 13 |
|     Debtor. | : | |
| _____ | : | |
|     Darlene M. Rogers, | : | Document No.: |
|     Movant, | : | |
| | : | |
|     Vs. | : | |
| | : | |
| | : | Related Claim No.: 4 |
| PNC Bank, N.A., | : | |
|     Respondent. | : | |
| . | : | |

**DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on June 5, 2026, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for August 1, 2026. Debtor's Plan remains sufficient.

The new post-petition monthly payment payable to Respondent is $612.36, effective August 1, 2026, per the notice dated June 5, 2026.  The Debtor's Plan payment provides for a monthly payment to PNC Bank, N.A of $924.35. Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  June 26, 2026

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com